UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Robert Stillwell and Beverly Stillwell**                :
Individually and as H/W
7721 Embassy Blvd.
Port Richie, FL 34668                                              :

                             **-Vs.-**   :

                                 :
                                 :

**Max Solutions, Inc.**
2558 Pearl Buck Road,
Bristol, PA 19007                                                      :

## I.  PLAINTIFF'S COMPLAINT

Plaintiffs Robert Stillwell and by and through their attorney, David Brian Rodden, Esquire, brings this cause of action against the above-named Defendant, and in support thereof, states the following:

## II. PARTIES

1. Plaintiff, Robert Stillwell, is an adult individual and, at all times material hereto, resided at 7721 Embassy Blvd., Port Richie FL 34668.

2. Plaintiff, Beverly Stillwell, is an adult individual, wife of plaintiff, Robert Stillwell, and at all times material hereto, resides at the captioned address.

3. Defendant, Max Solutions, Inc. is a corporation and/or business for profit, operating within the laws of the Commonwealth of Pennsylvania and, at all times material hereto, did own, maintain, control, operate, lease, and/or rent a property located at 2558 Pearl Buck Road, Bristol, PA- and at all times material hereto did conduct business in the City and County of Philadelphia.

4. At all times material hereto, Defendant, Max Solutions, Inc.., acted by and through its owners, agents, managers, supervisors, servants, workmen and/or employees who were acting within the course and scope of their agency, relationship and/or employment.

### III. JURISDICTION AND VENUE

5.    Jurisdiction in this matter is premised upon 28 USC Section 1332(a)(2) in that the parties are citizens of a different state and subjects of a foreign state and the amount in controversy exceeds the sum of $75,000.00.

5.    Venue is proper in this Court pursuant to 28 USC Section 1391 in that the events giving rise to this claim occurred in this district.

### FACTUAL AVERMENTS

6.    On or about August 14, 2024, Plaintiff was employed by ADP Totalsource Group, Inc. as a driver.

7.    At the aforementioned time and place, Defendant Max Solutions, Inc., owned and operated a recycling company at 2558 Pearl Buck Road, Bristol, PA.

8.    As Plaintiff was traversing the parking lot he encountered a dangerous and defective condition in the form of a storm drain which was missing grates causing severe and permanent injuries- the extent of will be described more fully hereinafter.



9. Specifically, Mr. Stillwell injuries included, but are not limited injuries to his knee which required surgery; herniated lumbar disc and injuries to the ligaments, muscle, and tissues connected thereto, and is now in the process of continued rehabilitation despite permanent disability.

10. At all relevant times, defendant individually, jointly, and/or severally, owned, operated, inspected, maintained and controlled the parking lot at 2558 Pearl Buck Road, Bristol, PA. that did not provide a safe and adequate area consistent with its intended business purpose.

11. As a direct and proximate result of the negligence of all defendant, Plaintiff has in the past required, continues to require, and may in the future require, medical treatment and care that incurs substantial costs of medicine, medical care, hospitalizations, treatment, future operations, testing, and rehabilitation in an attempt to alleviate and/or cure his condition.

12. As a direct and proximate result of the negligence of Defendant, Mr. Stillwell is permanently disabled from his job and has been prevented and will be prevented in the future from performing his usual duties, occupations and avocations and has suffered substantial past, present, and future wage loss and a loss of earning capacity.

13. As a result of the aforementioned accident, and by reason of the injuries, as aforesaid, Plaintiff has or may in the future continue to suffer great pain and agony, mental anguish and humiliation, and has been and may in the future be hindered from attending to her daily duties, functions, avocations and occupations(s) all to Plaintiff's great damage and loss.

14. The negligence of Defendant included, but was not limited to, the following:

    a. Failing to properly inspect the parking lot at reasonable intervals to find a discoverable defects and tripping hazards;

    b. Failing to warn Plaintiff as to the existence of said discoverable defect or post warning signs instructing people, like Plaintiff, to take proper and necessary safeguards and precautions;

    c. Failing to correct the aforesaid dangerous condition after being put on actual and/or constructive notice of same prior to this incident;

    d. Failing to provide a parking lot area in accordance with customary protocols;

    e. Failing to provide a parking lot area that was level and free rom defects;

  f. Failing to provide adequate lighting at or near the parking lot area;

  g. Failing to provide a guardrails, chains, and/or other guarding mechanisms to prevent falls in the area;

  h. Negligently, carelessly and recklessly creating an unreasonably dangerous work environment;

  i. Failing to exercise reasonable care and caution in view of foreseeable dangers and accidents that could occur.

  j. Otherwise violating various other safety regulations, codes and ordinances, including, but not limited to, OSHA violations and ASTM violations.

  k. Such other acts and omissions constituting negligence that may be ascertained upon completion of discovery procedures provided by the Pennsylvania Rules of Civil Procedure.

  l. Otherwise violating various safety regulations, codes and ordinances.

  WHEREFORE, Plaintiff, Robert Stillwell, demands judgment against the Defendant, for such sums as would reasonably and properly compensate her in accordance with the laws of the Commonwealth of Pennsylvania together with damages, counsel fees, interest, and costs of suit.

## **LOSS OF CONSORTIUM**
## **PLAINTIFF, BEVERLY STILLWELL vs. DEFENDANT**
## **LOSS OF CONSORTIUM**

  15. Plaintiff incorporates by reference the allegations contained in the preceding Paragraphs as though the same were fully set forth at length herein.

  16. By reason of the aforesaid occurrence, plaintiff, Beverly Stillwell has been and will probably in the future be deprived of the assistance, comfort, services, societies and consortium of his spouse, plaintiff, Robert Stillwell, all of which has been and probably will be in the future to his great financial damage and loss.

**WHEREFORE**, plaintiff, Beverly Stillwell, demands judgment against defendants, individually, jointly and/or severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, together with interest, costs, attorney fees and such other relief as this Honorable Court may deem just and appropriate.

                                              Respectfully submitted,
                                              RODDEN RODDEN & BRESLIN

                                By:      *David Brian Rodden*
                                              David Brian Rodden, Esquire
                                              Attorney for Plaintiffs

Dated: January 16, 2026

**VERIFICATION**

David Brian Rodden, Esquire, attorney for Plaintiff in the foregoing matter, hereby verifies that he has been authorized to take this Verification on his client's behalf; is familiar with the facts and circumstances surrounding this matter; and that the facts set forth in the foregoing document are true and correct to the best of his knowledge, information and belief.

Further, he is aware that any false statements made herein are subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification made to authorities.

*David Brian Rodden*
David Brian Rodden, Esquire

Dated:   January 16, 2026